CANDICE L. FIELDS (No. 172174)
CANDICE FIELDS LAW, PC
621 Capitol Mall, Suite 900
Sacramento, CA  95814
Tel:  (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com


Attorney for Defendant
JASPREET PADDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASBIR S. THANDI, et al.,<br><br>Defendants. | Case No. 4:23-CR-000428 JST<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE DEFENDANT JASPREET PADDA'S SENTENCING HEARING<br><br>Date:  April 10, 2026<br>Time:  9:30 a.m.<br>Judge: Hon. Jon S. Tigar |

The parties, by and through their respective counsel, hereby stipulate and respectfully request that the sentencing hearing for defendant Jaspreet PADDA be continued from April 10, 2026, to May 8, 2026.  Good cause exists for the requested continuance as follows:

1.     On November 22, 2024, defendant PADDA entered a guilty plea before the Court. Sentencing is currently scheduled for April 10, 2026.

2.     A short continuance of the sentencing hearing was previously granted to allow the defense to obtain a mental health assessment. That assessment has now been completed and disclosed. It has, however, generated additional mitigation that requires further investigation and development, as well as additional time to prepare the defense's sentencing submissions.

1

3.     The requested continuance will permit the Court to proceed with a complete sentencing record and will not unduly prejudice the government.

4.     The government does not object to this continuance to May 8, 2026.

IT IS SO STIPULATED.

Dated:  March 31, 2026                CANDICE FIELDS LAW, PC

                                      /s/ Candice L. Fields.
                                      CANDICE L. FIELDS
                                      Attorney for Defendant
                                      JASPREET PADDA


Dated: March 31, 2026                 CRAIG H. MISSAKIAN
                                      United States Attorney


                                      /s/ w/ Permission
                                      DAVID J. WARD
                                      Assistant United States Attorney


[~~PROPOSED~~] ORDER

        Based upon the stipulation of the government and defendant Jaspreet PADDA, and for good cause shown, the Court hereby orders the government and defendant PADDA to appear before the Court on May 8, 2026, at 9:30 a.m., for the sentencing hearing.


**SO ORDERED.**

Dated:  April 1, 2026                 _____
                                      Hon. Jon S. Tigar
                                      United States District Judge

2